UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390-4177

**Chambers of**
**Hon. Stephen C. Robinson**
**United States District Judge**                        Date:  April 6, 2010


RESCHEDULING NOTICE


Case#  09 CV 9132 (SCR)


The matter of Ezriel Schwartz v. JP Morgan Chase NA has been re-scheduled for a case management conference before the Hon. Stephen C. Robinson, United States District Judge, from  April 8th  @ 10:00m  to April 8th, 2010 @ 3:30pm  in Courtroom 621, 6th Floor.


Honorable Stephen C. Robinson
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```